IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RUBY PERRUCCI, *on behalf of herself and all similarly situated individuals*,<br><br>Plaintiff,<br><br>v.<br><br>HUNTER WARFIELD, INC.,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>: Civil Action No.1:23-cv-872-WEF<br>:<br>:<br>:<br>:<br>: |

**JOINT NOTICE OF REVISED
SETTLEMENT AGREEMENT AND PRELIMINARY APPROVAL ORDER**

For the reasons discussed in their Status Report on Class Action Settlement filed on May 31, 2024 (ECF No. 46), the parties attach as Exhibit 1 a revised Settlement Agreement that reflects: (i) the updated number of class members; and (ii) the updated statutory damages amount to be paid to class members. Attached to the Settlement Agreement as Exhibit B is a revised Preliminary Approval Order to be entered by the Court. The revised Preliminary Approval Order reflects the updated number of class members. The parties respectfully request that the revised Preliminary Approval Order supersede the Preliminary Approval Order previously entered by the Court on May 20, 2024 (ECF No. 45).

Respectfully submitted,

**RUBY PERRUCCI and HUNTER WARFIELD**

   */s/ Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
Matthew G. Rosendahl, VSB # 93738
Kelly Guzzo, PLC
3925 Chain Bridge Road, Suite 202

Fairfax, VA 22030
(703) 424-7572 – Telephone
(703) 591-0167 – Facsimile
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
Email: matt@kellyguzzo.com

*Counsel for Plaintiff*


         */s/ Andrew Biondi*
Andrew Biondi, VSB #48100
SANDS ANDERSON PC
911 East Main Street, Suite 2300
P.O. Box 1998
Richmond, VA 23218
Telephone: (804) 648-1636
Email: abiondi@sandsanderson.com

*Counsel for Hunter Warfield, Inc.*