IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RUBY PERRUCCI, *on behalf of himself and all similarly situated individuals,*<br><br>Plaintiff,<br><br>v.<br><br>HUNTER WARFIELD, INC.,<br><br>Defendant. | Civil Action No. 1:23-cv-872-CMH-WEF |

## MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND FOR SERVICE AWARD AND ATTORNEYS' FEES

Plaintiff Ruby Perrucci ("Plaintiff"), on behalf of herself and the Settlement Class Members, by counsel, under Fed. R. Civ. P. 23, respectfully moves the Court for Final Approval of the Class Action Settlement and for an award of attorneys' fees and a service award for the reasons outlined in the contemporaneously filed memorandum of law.

Respectfully submitted,
**PLAINTIFF**

 /s/ Kristi C. Kelly
Kristi Cahoon Kelly, VSB #72791
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
Matthew G. Rosendahl, VSB #93738
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7570
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
Email: matt@kellyguzzo.com

*Class Counsel*

1